# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICARDO MACIAS, | Case No. 3:17-cv-00306-MMD-CBC |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 11.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" under 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. Am. Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 15th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE